**6**

■

**Wright WADDELL, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 63415.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 28, 1993.

S. Paige Canfield, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jennifer A. Glancy, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and
REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

We find the findings of fact issued by the motion court in overruling Defendant's 24.-035 motion were not clearly erroneous and no error of law appears. We further find an opinion would have no precedential value and affirm by written order. Rule 84.16(b). A memorandum has been issued to the parties for their use only.

■

**STATE of Missouri, Respondent,**

v.

**David L. CURTIS, Appellant.**

No. 63436.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 28, 1993.

I.I. Lamke, Washington, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David B. Cosgrove, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and
REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Defendant appeals his convictions for second degree burglary and stealing. We find the evidence adduced at trial was sufficient to support Defendant's convictions. We further find the trial court's denial of Defendant's suppression motion was not clearly erroneous. No jurisprudential purpose would be served by a written opinion.

We affirm pursuant to Rule 30.25(b). An extended opinion would have no precedential value. A written opinion has been furnished the parties, for their information only.